NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE VISTAPRINT LIMITED AND OFFICEMAX INCORPORATED
*Petitioners.*

---

Miscellaneous Docket No. 954

---

On Petition for Writ of Mandamus to the United States *District* Court for the Eastern *District* of Texas in case no. 6:09-Cv-323, *Judge* Leonard Davis.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

### ORDER

Vistaprint Limited and OfficeMax Incorporated submit a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to (1) vacate its July 22, 2010 order and (2) transfer the case to the United States District Court for the District of Massachusetts.

Upon consideration thereof,

IT IS ORDERED THAT:

ColorQuick, L.L.C. is directed to respond to the mandamus petition within 14 days of the date of filing of this order.

FOR THE COURT

AUG 1 3 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Thomas J. Friel, Jr., Esq.
Michael W. Shore, Esq.
Judge, E.D. Tex.
Clerk, E.D. Tex.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2010

JAN HORBALY
CLERK